**Juan C. Chavez**, OSB #136428
Attorney at Law
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

**Alan Lloyd Kessler**, OSB # 150209
Law Office of Alan L Kessler
1001 SE Sandy Blvd Ste 210
Portland OR, 97214
Telephone: 503-860-1020
Facsimile: 971-275-1839

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RECALL TED WHEELER, JOHN SCHROEDER, and MADELINE KAY,<br><br>Plaintiff,<br><br>v.<br><br>MARY HULL CABALLERO, Portland City Auditor, and LOUISE HANSEN, Elections Officer,<br><br>Defendants. | Case No. 3:21-cv-01448-MO<br><br>DECLARATION OF JOHN SCHROEDER |

1. This declaration is made in support of Plaintiff's Temporary Restraining Order.

2. Recall Ted Wheeler ("RTW") is a political committee formed to petition for the recall of Portland mayor, Ted Wheeler.

3. I, John Schroeder, am a volunteer for and a primary contributor to the signature gathering effort for RTW.

4. Madeline Kay is a paid petition circulator for the signature gathering effort for RTW.

5. Recall Ted Wheeler filed a prospective petition with the Portland City Auditor's Office on July 8, 2021.

6. Exhibit 1 hereto, is a true and correct copy of the July 8, 2021 prospective petition.

7. On July 9, 2021 the Auditor of the City of Portland accepted the prospective petition and issued cover and signature sheets for use in signature gathering.

8. Exhibit 2 hereto contains true and correct copies of the cover and signature sheets approved by the Auditor.

9. The Auditor of the City of Portland also approved a so-called "electronic signature sheet" for use in signature gathering.

10. Exhibit 3 hereto is a true and correct copy of the electronic signature sheet.

11. Notwithstanding its name, the electronic signature sheet was required to be printed by or on request of the voter signing it and could only be used with physical pen-and-ink signatures, just as with the standard signature sheets.

12. Would-be signers frequently asked the campaign whether electronic signatures were allowed, and were often surprised to find that only wet signatures would be accepted by Defendants.

13. At the time she approved the prospective petition for signature gathering, Defendant Caballero established a minimum threshold of 47,788 verified signatures to trigger a recall election.

14. Relying on ORS 249.875(1), Defendant Caballero established a 90-day signature submission deadline of October 6, 2021

15. On August 16, 2021 and August 17, 2021, I emailed The Oregon Secretary of State Elections Division inquiring as to whether electronically signed copies of the "electronic signature sheet" would be permitted.

16. Exhibit 4 hereto is a true and correct copy of my correspondence and the replies to and from the Oregon Secretary of State's Elections Division.

17. On September 22, 2021, Seth Woolley, a volunteer for Recall Ted Wheeler, sent an email to Ms. Caballero requesting for her to withdraw her October deadline.

18. Exhibit 5 hereto is a true and correct copy of Mr. Woolley's September 22, 2021 email.

19. On September 24, 2021, Louise Hansen, a city elections officer, informed Seth Woolley that his request on behalf of Plaintiffs was denied.

20. Exhibit 6 hereto is a true and correct copy of Ms. Hansen's September 24, 2021 denial.

21. The recall petition campaign, including Plaintiffs' signature gathering efforts, has taken place entirely during the phase of the COVID-19 pandemic exacerbated by the Delta variant of the virus ("Delta") and within the period of time covered by Governor Brown's related public health emergency orders.

22. Despite these obstacles, Plaintiffs have been diligently gathering signatures through volunteer efforts as well as staffing paid gatherers.

23. To date, Plaintiffs have gathered over 21,000 signatures; roughly 44% of the total verified signatures required by the Auditor of the City of Portland.

24. Plaintiffs are continuing to gather signatures, however, its volunteer and financial resources are substantially constrained in light of the purported October 6th deadline

having passed; for example, donations after the deadline have decreased by approximately 95%.

25. According to polling conducted at my direction, Ted Wheeler currently has a 13% approval rating in the City of Portland.

26. Attached as Exhibit 7 hereto is a copy of the aforementioned polling results.

27. As of October 6, 2021, the Recall Ted Wheeler campaign has collected over 21,000 signatures on its petition forms.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATE: October 19, 2021

        /s/ John Schroeder
John Schroeder

# Prospective Petition
## Recall

PDX21OL-02

**SEL 350**
rev 04/19
ORS 249.865

⚠ **Warning** Supplying false information on this form may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

Changes to the information provided for the chief petitioner or to the circulator pay status below must be reported to the elections official no later than the 10th day after you first have knowledge or should have had knowledge of the change.

| This filing is an: | ■ Original | ☐ Amendment |
|---|---|---|

| Filing Officer | | | Some Circulators may be Paid | |
|---|---|---|---|---|
| ☐ State | ☐ County for both county and district offices | ■ City | ■ Yes | ☐ No |

**Petition for Recall of** Provide the name of the public officer and the position that they currently hold.

| Name of Public Officer | Title of Public Officer |
|---|---|
| Ted Wheeler | Mayor of Portland |

**Statement** Provide the reasons for demanding recall in 200 words or less. Any factual information provided must be true.

Portland has endured years of crisis. When we needed a leader to rise to the challenge, Ted Wheeler's inaction made our problems worse. Portlanders have lost confidence that their government will be there in times of need. Our city is full of good-hearted, decent residents. We should be an example to the world. Instead, with Wheeler as mayor, we have veered off course and our city's reputation has been tarnished.

A recall is an expression of democracy designed to remove politicians who aren't serving effectively. Portlanders are ready to recover and we can't afford to waste the next three-and-a-half years. Portland deserves better than an uninspiring mayor re-elected with less than 47% of the vote. We deserve a mayor who was elected without personally loaning his campaign $150,000 of his own money in violation of Portland's campaign finance laws. Our neighbors, families, and businesses deserve a mayor who prioritizes their safety and wellbeing.

Ted Wheeler has repeatedly demonstrated to too many of us that he does not serve this city. Portlanders deserve a fresh start.

**Chief Petitioner Information** The chief petitioner must remain throughout the petition process or the petition is void.

→ By signing this document, I hereby state that any factual information (not a matter of opinion) in the above statement is true.

| Name | Contact Phone | Email Address |
|---|---|---|
| Melissa Blount | 352-551-3319 | melissa@totalrecallpdx.com |

| Residence Address street, city, state, zip | Mailing Address if different |
|---|---|
| 1215 NW 21st Ave. Apt. #2 Portland, OR 97209 | P.O. Box 12210 Portland, OR 97212 |

| Signature | Date Signed |
|---|---|
| *Melissa Blount* (signature) | 7/8/2021 |

### Instructions for Circulators

1. Only active registered voters of the public official's electoral district may sign a petition. Ask each signer if they are an active registered voter in Oregon.
2. A single circulator must personally witness all signatures collected on any one signature sheet. After witnessing each signature on a sheet, use a pen to sign and date the circulator certification.
3. Initial any changes you make to the date you signed the certification. A complete list of allowable circulator certification corrections is provided in the Circulator Training Manual available at www.oregonvotes.gov.
4. It is against the law for circulators to:
   → Circulate a petition containing a false signature.
   → Make false statements to any person who signs the petition or requests information about it.
   → Attempt to obtain the signature of a person who is not qualified to sign the petition.
   → Offer money or anything of value to another person to sign or not sign the petition.
   → Sell or offer to sell signature sheets.
   → Write, alter, correct, clarify or obscure any information about the signers unless the signer is disabled and requests assistance or the signer initials after the changes are made.

⚠ **Warning** Violations of the circulator requirements may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

### Instructions for Signers

1. Only active registered voters of the public official's electoral district may sign a petition. Use a pen to sign your name, as you did when you registered to vote.
2. Provide the date you signed the petition, your printed name and residence address. Only you may complete this optional information.
3. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.
4. It is against the law for signers to:
   → Sign another person's name under any circumstances.
   → Sign a petition more than one time.
   → Sign a petition when you are not qualified to sign it.

[Stamp on left margin: AUDITOR 07/08/21 AM10:12]

# Signature Sheet | Local Recall

Petition ID **PDX21OL-02**

County **Multnomah**

Signatures for this petition are being gathered by ☒ **PAID** Circulators  ☐ **VOLUNTEER** Circulators

⚠ **It is against the law to sign a petition more than one time.**

**Chief Petitioner Information** The chief petitioner's reasons for demanding the recall are available for review on the reverse side of this sheet.

| Name | Address |
|---|---|
| Melissa Blount | P.O. Box 12210 Portland, OR 97212 |

**Petition for Recall of:**

| Public Officer Name | Title office and district | Date Prospective Petition Filed mm/dd/yy |
|---|---|---|
| Ted Wheeler | Mayor of Portland | 07/08/2021 |

ℹ This is a recall petition. Signers of this page must be active registered voters in the district listed above. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.

| # | Signature | Date Signed mm/dd/yy | Print Name | Residence or Mailing Address street, city, zip code |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Circulator Certification**

This certification **must** be completed by the circulator and additional signatures **should not** be collected on this sheet once the certification has been signed and dated!

I hereby certify that I witnessed the signing of the signature sheet by each individual whose signature appears on the signature sheet, and I believe each person is a voter qualified to sign the petition (ORS 249.061).

_____    _____
Circulator Signature                              Date Signed mm/dd/yy

_____
Circulator's Address  street, city, zip code

_____
Printed Name of Circulator

County Elections Officials provide a separate certification to attach to the petition.

**Sheet Number** _____
Completed by chief petitioner

SEL 351 rev 07/14 ORS 249.869

# Cover Sheet
## Local Recall Petition

PDX21OL-02  **SEL 353**

rev 01/20
OAR 165-014-0005

**Name of Public Officer to be Recalled**
Ted Wheeler

**Title of Public Officer** Include office and district.
Mayor of Portland

**Statement** Reasons for demanding recall in 200 words or less. Any factual information provided must be true.

Portland has endured years of crisis. When we needed a leader to rise to the challenge, Ted Wheeler's inaction made our problems worse. Portlanders have lost confidence that their government will be there in times of need. Our city is full of good-hearted, decent residents. We should be an example to the world. Instead, with Wheeler as mayor, we have veered off course and our city's reputation has been tarnished.

A recall is an expression of democracy designed to remove politicians who aren't serving effectively. Portlanders are ready to recover and we can't afford to waste the next three-and-a-half years. Portland deserves better than an uninspiring mayor re-elected with less than 47% of the vote. We deserve a mayor who was elected without personally loaning his campaign $150,000 of his own money in violation of Portland's campaign finance laws. Our neighbors, families, and businesses deserve a mayor who prioritizes their safety and wellbeing.

Ted Wheeler has repeatedly demonstrated to too many of us that he does not serve this city. Portlanders deserve a fresh start.

**Chief Petitioner** Name and address.
Melissa Blount P.O. Box 12210 Portland, OR 97212

### Instructions for Circulators

1. Only active Oregon voters registered to vote in the electoral district where the petition is being circulated may sign this petition. Ask each signer if they are an active registered voter in Oregon and if they live in the district.
2. A single circulator must personally witness all signatures collected on any one signature sheet. After witnessing each signature on a sheet, use a pen to sign and date the circulator certification.
3. Initial any changes you make to the date you signed the certification. A complete list of allowable circulator certification corrections is provided in the Circulator Training Manual available at www.oregonvotes.gov.
4. **It is against the law for circulators to:**
   → Circulate a petition containing a false signature.
   → Make false statements to any person who signs the petition or requests information about it.
   → Attempt to obtain the signature of a person who is not qualified to sign the petition.
   → Offer money or anything of value to another person to sign or not sign the petition.
   → Sell or offer to sell signature sheets.
   → Write, alter, correct, clarify or obscure any information about the signers unless the signer is disabled and requests assistance or the signer initials after the changes are made.
   → Accept compensation to circulate a petition that is based on the number of signatures obtained.

   ⚠ **Warning** Violations of the circulator requirements may result in conviction of a felony with a fine of up to $125,000 and/or prison for up to 5 years.

### Instructions for Signers

1. Only active Oregon voters registered to vote in the electoral district where the petition is being circulated may sign this petition. Use a pen to sign your name, as you did when you registered to vote.
2. Provide the date you signed the petition, your printed name and residence address. Only you may complete this optional information.
3. Initial any changes the circulator makes to your printed name, residence address or date you signed the petition.
4. **It is against the law for signers to:**
   → Sign another person's name under any circumstances.
   → Sign a petition more than one time.
   → Sign a petition when you are not qualified to sign it.

# Electronic Signature Sheet | Local Recall

Petition ID: PDX21OL-02

☑ **SOME** circulators   ☐ **NO** circulators for this petition are being paid.

**Petition for Recall of**
Ted Wheeler

**Title of Public Officer** *Include office and district*
Mayor of Portland

**Date Prospective Petition Filed**
July 8, 2021

ⓘ The chief petitioner's reasons for demanding the recall of the above named public officer are provided below in 200 words or less. Any factual information in the statement that is not a matter of opinion must be true.

Portland has endured years of crisis. When we needed a leader to rise to the challenge, Ted Wheeler's inaction made our problems worse. Portlanders have lost confidence that their government will be there in times of need. Our city is full of good-hearted, decent residents. We should be an example to the world. Instead, with Wheeler as mayor, we have veered off course and our city's reputation has been tarnished.

A recall is an expression of democracy designed to remove politicians who aren't serving effectively. Portlanders are ready to recover and we can't afford to waste the next three-and-a-half years. Portland deserves better than an uninspiring mayor re-elected with less than 47% of the vote. We deserve a mayor who was elected without personally loaning his campaign $150,000 of his own money in violation of Portland's campaign finance laws. Our neighbors, families, and businesses deserve a mayor who prioritizes their safety and wellbeing.

Ted Wheeler has repeatedly demonstrated to too many of us that he does not serve this city. Portlanders deserve a fresh start.

**Chief Petitioner**
Melissa Blount

**Warning!** It is against the law for you to sign another person's name under any circumstances, sign a petition more than one time or sign a petition when you are not qualified to sign it.

**Instructions** Only sign this petition if you are an active Oregon voter, registered to vote in the county, city or district where this petition is being circulated and you personally printed this sheet or requested someone else print it for you.

1. You must sign both the request for the recall to be placed on the ballot and the certification.
2. Sign your name, as you did when you registered to vote.
3. Fill in the date, print your name and residence address. Only you may complete this optional information.

**Request** I request this petition be placed on the ballot for approval or rejection by the voters.

**Signature**                                    **Date Signed** mm/dd/yy

**Certification** I certify that I personally printed a copy of this sheet or requested a separate person print a copy so that I may sign it.

**Signature**                                    **Date Signed** mm/dd/yy

**Print Name**                   **Residence Address** street, city, zip code    **Sheet Number**
                                                                                  *Completed by Chief Petitioner*

SEL 349 rev 03/20 ORS 250.015   County Elections Officials provide a separate certification to attach to the petition.

**From:** **John Schroeder** johnschroeder4@gmail.com
**Subject:** Fwd: Question about petition
**Date:** August 17, 2021 at 5:01 PM
**To:** Alan Kessler ak@alankessler.law, seth@swoolley.org



Sent from my iPhone

Begin forwarded message:

> **From:** SOS Elections * SOS <Elections.SOS@oregon.gov>
> **Date:** August 17, 2021 at 4:35:45 PM PDT
> **To:** johnschroeder4@gmail.com
> **Subject: RE: Question about petition**
>
> Good afternoon John,
>
> A filed initiative or referendum petition must contain only original signatures
> ORS 250.105(1)(e) requires original signatures. An original signature is a voter's wet ink signature (or other mark) signed directly onto the signature sheet by the voter. The process you describe would affix a facsimile of a voter's signature to the signature sheet. Any line determined to be a facsimile signature would not be included in the number of signatures available for sampling (OAR 165-014-0030 and OAR 165-014-270).
> 250.052(c)(A) An elector may print a copy of the electronic signature sheet for a petition or prospective petition, sign the sheet and deliver the signed sheet to a chief petitioner or an agent designated by a chief petitioner.
> (B) Only an elector who either has personally printed a copy of the electronic signature sheet of a petition or prospective petition or has requested that a separate person print a copy of the electronic signature sheet specifically for the elector may sign the sheet. A copy of an electronic signature sheet may not be signed by an elector who did not either print the sheet or request that the sheet be printed specifically for the elector.
> (d) Electronic templates described in this subsection are subject to the requirements of ORS 250.045, other than ORS 250.045 (9) and (10), and the template must include a full and correct copy of the measure to be initiated or referred.
>
> The elector signing the sheet does not have to personally deliver it to you as the chief petitioner.
> Those sheets can be mailed and complied, for final submission.
>
> Please let me know if you have any additional questions.
>
> Thank you,
> Amanda Kessel
> Compliance Specialist
> Oregon Elections Division
> Phone: 503-986-1518
> Email:Elections.SOS@Oregon.gov



www.oregonvotes.gov

---

**From:** John Schroeder <johnschroeder4@gmail.com>
**Sent:** Tuesday, August 17, 2021 2:37 PM
**To:** SOS Elections * SOS <Elections.SOS@oregon.gov>
**Subject:** Re: Question about petition

Hi Amanda,

Thanks for getting back to me! I read the links you listed. I'm still confused. Would a digital signature, provided online and digitally applied to the esheet before printing be valid?
My proposed flow is:
- A potential signer provides the required info (address, name, etc) on a webform which fills the appropriate fields on the esheet
- They then sign the esheet online without needing to expose themselves in-person to the risk of delta
- Those esheets are printed and submitted

Would signatures captured this way be valid?

Thanks!
John

Sent from my iPhone

> On Aug 17, 2021, at 9:38 AM, SOS Elections * SOS <Elections.SOS@oregon.gov> wrote:
>
> Hi John,
>
> Thank you for reaching out to our office. I have attached the County, City, and District Initiative and Referendum Manual for reference.
> The Initiative process timeline is on page 7 in the Manual.
>
> Official cover and signature sheets are available on our website at
> https://sos.oregon.gov/elections/Pages/electionforms.aspx
>
> You would use the SEL 348 E-sheet to circulate
> The requirements for circulating E-Sheets are on page 25 in the manual, please review.
>
> Let me know if you have any additional questions.
>
> The city and county can also help you facilitate this process.
>
> Thank you,

Amanda Kessel
Compliance Specialist
Oregon Elections Division
Phone: 503-986-1518
Email:Elections.SOS@Oregon.gov

<image001.png>

**From:** John Schroeder <johnschroeder4@gmail.com>
**Sent:** Monday, August 16, 2021 7:30 PM
**To:** SOS Elections * SOS <Elections.SOS@oregon.gov>
**Subject:** Question about petition

Hi,

I'm considering a petition in Portland and I think electronic signatures are the only workable way to get the required amount because of covid. Are electronic signatures valid for petitions?

Thanks!
John

↶ Reply  ⌄   🗑 Delete   ⊘ Junk   Block   ⋯

**Request for extension of signature gathering time for Recall Ted Wheeler**

⊗ | The digital signature on this message can't be verified. This message has a digital signature, but it wasn't verified because the S/MIME extension isn't installed. Please contact your IT administrator for help installing the extension.

SW | Seth Alan Woolley <seth@swoolley.org>
Wed 9/22/2021 12:53 PM
To: Hansen, Louise
Cc: City Elections

Portland City Elections Officer Louise Hansen and Portland City Auditor Mary Hull Caballero,

I'm Seth Woolley, representing Recall Ted Wheeler and Chief Petitioner Melissa Blount.

We're requesting an extension of signature gathering time for the recall.

Judge McShane, in his July 13th decision in People Not Politicians vs. Beverly Clarno, Secretary of State, determined that Plaintiffs PNP et al were likely to succeed on the merits of their complaint arguing that, in light of the widespread effects of Covid-19, requiring the full number of valid signatures within the statutory deadline is unconstitutional as applied, under Article II, section 18 of the Oregon Constitution and under the First and 14th Amendments of the United States Constitution. Judge McShane's written order on Plaintiffs' motion for TRO required Defendant in that case to choose between accepting the number of signatures already acquired or giving the initiative campaign additional time to collect signatures. Recall Ted Wheeler has a related statutory 90-day deadline set by ORS 249.875(1).

Given that the Delta variant is two to three times more transmissible and began its meteoric ascent within days of the Total Recall greenlight to collect signatures, given the historic heatwave in July depriving the campaign of two weeks of productive signature gathering, and given the Governor's re-imposition of outdoor masking and social distancing requirements, the Recall Ted Wheeler campaign has been significantly hampered in collecting the required number of signatures. Logistically, collecting that number of signatures is impossible, given the novel barriers we face. We respectfully request that the City Auditor grant Total Recall PDX an additional 90 days to collect signatures.

Thank you for your consideration,

Seth Woolley

--
Seth Alan Woolley 3403 NE Stanton St Portland, OR 97212-2744-03 USA
+1-503-953-3943 seth@swoolley.org s@s6y.us, 45.5438N 122.6295W @47M
DE KF7IOR QTH CN85QN QRG 146520 APRS 7+9 DNS KF7IOR.US GMRS WREY919
UTM 10T 528930 5043428; BLM Meridian Oregon Willamette: S25 T1N R1E
PGP key 4018E932=4DE5 08A0 1ADE 1936 62AC  DD04 EBCE 582B 4018 E932
DPBC ||.|..|...|..|.|...||..|.|..|.||...|.|..|..|||.....||.|.|..|

Reply  |  Reply all  |  Forward



September 24, 2021

Seth Woolley  **DELIVERED ELECTRONICALLY**
3403 NE Stanton St  seth@swoolley.org
Portland, OR 97212

**RE:  Request for Extension of Signature Gathering Time for Recall Ted Wheeler**

Dear Seth Woolley:

The Recall Ted Wheeler campaign has requested an extension of the 90-day signature gathering deadline in ORS 249.875(1) by an additional 90 days. The request for an extension is denied.

The campaign asserts that "[l]ogistically, collecting that number of signatures is impossible" by the statutory timeline due to the novel conditions caused by "the historic heatwave in July," the Delta variant of Covid-19, and "the Governor's re-imposition of outdoor masking and social distancing requirements."

The campaign's 90-day signature gathering period began July 8, 2021. The historic heat wave in Oregon ended before that date. Regarding the Covid-19 pandemic, public gatherings have been permitted throughout the entirety of the recall campaign. An outdoor mask mandate was imposed 56 days into the signature gathering period, on August 27, 2021, in conditions where social distancing could not be maintained. There was no social distancing requirement.

The campaign cites to a District Court of Oregon decision in the fall of 2020 ordering the Oregon Secretary of State to allow a ballot measure campaign to place a measure on the November 2020 ballot with fewer than the statutorily required number of signatures, due to the unique circumstances presented by the Covid-19 pandemic. *See People Not Politicians Ore. v. Clarno*, 472 F. Supp. 3d 890, 894 (D. Or. 2020), *stay granted*, 141 S. Ct. 206 (2020). Assuming that decision provides authoritative guidance on this issue, the conditions faced by campaigns one year ago were different than those faced by the recall campaign. During the signature gathering period in that case, there was an executive order in place that "mandated social distancing and banned all social gatherings 'if a distance of at least six feet between individuals cannot be maintained.'" *Id*. (quoting Executive Order 20-12 (March 23, 2020)). Here, there was no limit on circulators' communicating directly with voters.

City of Portland
1221 SW 4th Avenue, Room 130, Portland, OR 97204
(503) 865-6503
www.portlandoregon.gov/elections



Even under the unique conditions of the summer of 2020, the US Supreme Court has indicated that the District Court's decision was not necessarily correct. The Supreme Court prohibited the decision from taking effect. *See Clarno v. People Not Politicians*, 141 S. Ct. 206 (2020). A similar decision from Idaho was also prevented from taking effect. *See Little v. Reclaim Idaho*, 140 S. Ct. 2616, 2617 (2020).

The request for an extension of the signature gathering deadline in ORS 249.875(1) is denied.


Sincerely,

*[signature: Louise Hansen]*

Louise Hansen
City Elections Officer

LJR Custom Strategies
Study #2269
Total Recall PDX
June 2021

Form
    Form A                                      50%
    Form B                                        50

**RECORD FROM SAMPLE:**
REGION:
    E                                              16%
    NE                                        35
    SE                                        27
    W                                          23

1. Cell phone:
    Yes                                   86%
    No                                    14

2. Political Party:
    D                                      68%
    R                                      13
    NP/Other                     18

3. Zip: _____

---

Hello, I'm calling from FL Research, a national public opinion firm.  I want to emphasize that this is not an attempt to sell anything or solicit funds.  We're conducting a survey about important issues in Portland and this phone number is on my list.  May I please speak to:

---

**(IF THE TELEPHONE NUMBER ENDS IN AN EVEN NUMBER:)**
The youngest woman living at this household who is 18 years old or older, is home at this time and is registered to vote in Portland.

**(IF NO WOMAN IS THERE, INTERVIEW ANY MAN WHO IS REGISTERED TO VOTE.)**

**(IF THE TELEPHONE NUMBER ENDS IN AN ODD NUMBER:)**
The youngest man living at this household who is 18 years old or older, is home at this time and is registered to vote in Portland.

**(IF NO MAN IS THERE, INTERVIEW ANY WOMAN WHO IS REGISTERED TO VOTE.)**

---

4. Just to confirm, are you currently registered to vote in Portland?

| | | |
|---|---|---|
| Yes | 100% | **CONTINUE** |
| No | X | **ASK FOR ANY OTHER REGISTERED VOTER IN HOUSEHOLD.** |
| Not sure/Refused (Vol.) | X | **IF NONE, TERMINATE** |

5. When it comes to local elections for offices like Mayor and City Council, do you almost always vote in these kinds of local elections, do you usually vote, do you sometimes vote, or do you not tend to vote in local elections?

| | | |
|---|---|---|
| Always | 68% | **CONTINUE** |
| Usually | 23 | **CONTINUE** |
| Sometimes | 9 | **CONTINUE** |
| Don't vote | x | **TERMINATE** |
| Not sure/Refused (Vol.) | x | **TERMINATE** |

6. Generally speaking, do you think things in Portland are going in the right direction or the wrong direction?

| | |
|---|---|
| Right direction | 11% |
| Wrong direction | 48 |
| Both/Combination/Other (Vol.) | 37 |
| Not sure/Refused (Vol.) | 4 |

Please tell me whether you rate the job performance of each of the following as excellent, good, only fair, or poor. **(READ IN ORDER)**

|  | Excellent | Good | Only Fair | Poor | Not Sure |
|---|---|---|---|---|---|
| 7. Former President Donald Trump | 7% | 12% | 13% | 61% | 7% |
| 8. Mayor Ted Wheeler | 2 | 11 | 45 | 36 | 6 |
| 9. Portland City Council | 2 | 12 | 31 | 46 | 9 |
| 10. Portland Police Bureau | 8 | 25 | 35 | 27 | 5 |
| 11. **A.** Portland Street Response | 6 | 20 | 26 | 20 | 28 |
| 12. **B.** Portland Business Alliance | 2 | 15 | 28 | 16 | 40 |

13. Have you ever signed a signature sheet for a petition in Oregon?

| Yes | 45% |
| No | 49 |
| Not sure/Refused (Vol.) | 7 |

14. Regardless of how you just answered, how willing would you be to sign a signature sheet for a petition to recall Mayor Ted Wheeler? Are you very willing, willing, not too willing, or not willing at all to sign?

| Very willing | 22% |
| Willing | 17 |
| Not too willing | 16 |
| Not willing at all | 25 |
| Not sure/Refused (Vol.) | 20 |

15. As you may know, there is an effort underway to recall Mayor Ted Wheeler. If the recall election were today, would you vote to recall Ted Wheeler from the office of Mayor? **(IF POSITION TAKEN, ASK:)** Do you feel strongly or not strongly about that?

| Yes- strongly | 28% |
| Yes - not so strongly | 11 |
| No - not so strongly | 13 |
| No - strongly | 22 |
| Not sure/Refused (Vol.) | 27 |

Please tell me if each of the following statements is a very convincing, somewhat convincing, not too convincing, or not at all convincing reason to sign a signature sheet to recall Mayor Ted Wheeler. **(RANDOMIZE)**

|  | Very Convincing | Somewhat Convincing | Not too Convincing | Not at all Convincing | Not Sure |
|---|---|---|---|---|---|
| 16. **A.** Ted Wheeler illegally donated one hundred and fifty thousand dollars to his campaign for Mayor and has been fined six times for campaign finance violations. | 21% | 28% | 20% | 16% | 15% |
| 17. **B.** Ted Wheeler's campaign for Mayor was supported by the Portland Business Alliance and big corporate PACs that do not represent Portland values. | 20 | 28 | 20 | 15 | 16 |
| 18. **A.** Under Ted Wheeler's watch as Police Commissioner, there were over six thousand incidents of police brutality in 2020 alone, leading to massive lawsuits that have cost the city millions of dollars and led to a consent decree from the U.S. Department of Justice. | 25 | 25 | 17 | 17 | 16 |
| 19. **B.** Under Ted Wheeler's watch as Police Commissioner, Portland police have arrested Black people at rate over four times higher than white people, the fifth worst in the country. Officers in Portland also kill Black people three point nine times more than white people. | 24 | 25 | 17 | 16 | 18 |
| 20. **A.** Wheeler has initiated aggressive sweeps of the city's homeless camps in ways that dehumanize those without a house and take away the few possessions of those who live in the camps. | 26 | 24 | 17 | 20 | 14 |
| 21. **B.** Wheeler has initiated aggressive sweeps of the city's homeless camps, which are ineffective because they simply push the city's homeless into the surrounding neighborhoods or outskirts of the city. | 27 | 22 | 17 | 19 | 14 |

22. Thinking about everything else we've discussed, are you very willing, willing, not too willing, or not willing at all to sign a signature sheet for a petition to recall Mayor Ted Wheeler?

| Very willing | 24% |
| Willing | 17 |
| Not too willing | 17 |
| Not willing at all | 25 |
| Not sure/Refused (Vol.) | 17 |

**FINALLY, I'D LIKE TO ASK YOU A FEW QUESTIONS
FOR COMPARISON PURPOSES ONLY.**

23. What is your age? **(READ LIST IF NECESSARY)**

| | |
|---|---|
| 18-34 | 18% |
| 35-49 | 30 |
| 50-64 | 27 |
| 65 and over | 24 |
| Not sure/Refused (Vol.) | 1 |

24. In which quadrant of the city do you reside? **(READ LIST IF NECESSARY)**

| | |
|---|---|
| Northeast/NE | 37% |
| Northwest/NW | 7 |
| North Portland | 3 |
| Southeast/SE | 33 |
| Southwest/SW | 17 |
| Not sure/Refused (Vol.) | 2 |

25. Do you think of yourself as very conservative, somewhat conservative, moderate, somewhat liberal or very liberal?

| | |
|---|---|
| Very conservative | 7% |
| Somewhat conservative | 9 |
| Moderate | 29 |
| Somewhat liberal | 29 |
| Very liberal | 19 |
| Not sure/Refused (Vol.) | 7 |

26. If you were asked to say which economic class you belong to, would you say you consider yourself: **(READ LIST IN ORDER)**...

| | |
|---|---|
| Upper class | 4% |
| Upper middle class | 23 |
| Middle class | 45 |
| Working class | 17 |

**OR**

| | |
|---|---|
| Lower class? | 3 |

**(DON'T READ)**

| | |
|---|---|
| Other (Vol.) | 1 |
| Not sure/Refused (Vol.) | 8 |

27. What is your primary race or ethnic background? **(READ LIST IN RANDOM ORDER, ONLY IF REQUESTED)**

| | |
|---|---|
| Black or African American | 4% |
| White | 81 |
| Hispanic or Latino | 3 |
| Asian | 4 |
| American Indian or Alaska Native | - |
| Native Hawaiian or Other Pacific Islander | - |
| Two or More Races | 5 |
| Not sure/Refused (Vol.) | 2 |

**THANK YOU. YOU HAVE BEEN MOST HELPFUL.
RECORD AFTER INTERVIEW IS COMPLETE.**

28. Respondent's Sex:  

| | | |
|---|---|---|
| | Male | 47% |
| | Female | 53 |