NAOMI SHEFFIELD, OSB 170601
Sr. Deputy City Attorney
naomi.sheffield@portlandoregon.gov
DENIS VANNIER, OSB No. 044406
Sr. Deputy City Attorney
denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants Mary Hull Caballero
and Louise Hansen*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **RECALL TED WHEELER, JOHN SCHROEDER, and MADELINE KAY,** | Case No. 3:21-cv-01448-MO |
| **PLAINTIFFS,** | DECLARATION OF LOUISE HANSEN |
| v. | (In Support of Defendants Response in Opposition to Plaintiffs' Motion for Temporary Restraining Order) |
| **MARY HULL CABALLERO, Portland City Auditor, and LOUISE HANSEN, Elections Officer,** | |
| **DEFENDANTS.** | |

I, LOUISE HANSEN, do hereby declare:

    1.    I am employed by the City of Portland as City Elections Officer in the City of Portland Auditor's Office ("Auditor's Office").  I make this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion for Temporary Restraining Order. The following is true to the best of my knowledge, information, and belief:

    2.    On July 8, 2021, Chief Petitioner Melissa Blount filed with the Auditor's Office a prospective petition to recall Mayor Ted Wheeler and an authorized agent form listing Seth Woolley as an authorized agent.

Page  1  –    DECLARATION OF LOUISE HANSEN

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

3. On July 8, 2021, Authorized Agent Seth Woolley established the Recall Ted Wheeler recall petition committee (Committee ID 21569) with the Oregon Secretary of State.

4. On July 9, 2021, I accepted the prospective petition and issued an approved signature sheet on behalf of the Auditor.

5. Consistent with the requirements of the Oregon Constitution, Article II, Section 18, and ORS 249.870, I set the threshold for verified signatures to trigger a recall election at 47,788. This amount was 15 percent of the total votes cast for all candidates for Governor in the 2018 Portland election.

6. Consistent with the requirements of ORS 249.875, I set the deadline for submission of the recall petition as October 6, 2021.

7. I informed Melissa Blount and Recall Ted Wheeler of both the signature threshold requirements and the deadline.

8. On September 24, 2021, I responded to a letter from Authorized Agent Seth Woolley. My response is in the Court's record at ECF 6, at 13-14.

9. I have not been served with a copy of the Complaint filed by Plaintiffs in this case.

10. No recall petition was submitted to my office by the October 6, 2021 deadline, or afterward. My office has not received any signatures gathered by the Recall Ted Wheeler campaign.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: October 22, 2021.

Louise Hansen

Page 2 –   DECLARATION OF LOUISE HANSEN