NAOMI SHEFFIELD, OSB 170601
Sr. Deputy City Attorney
naomi.sheffield@portlandoregon.gov
DENIS VANNIER, OSB No. 044406
Sr. Deputy City Attorney
denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants Mary Hull Caballero
and Louise Hansen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| RECALL TED WHEELER, JOHN SCHROEDER, and MADELINE KAY, | Case No. 3:21-cv-01448-MO |
| PLAINTIFFS, | DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL |
| v. | |
| MARY HULL CABALLERO, Portland City Auditor, and LOUISE HANSEN, Elections Officer, | |
| DEFENDANTS. | |

NOTICE IS HEREBY GIVEN that Sr. Deputy City Attorney Denis Vannier, OSB No.

044406, is associated as attorney of record in this matter for Defendants Mary Hull Caballero

and Louise Hansen.

Dated:  October 22, 2021.

Respectfully submitted,

*/s/ Ryan C. Bailey*
Denis Vannier, OSB No. 044406
Sr. Deputy City Attorney
denis.vannier@portlandoregon.gov
*Of Attorneys for Defendants Mary Hull
Caballero and Louise Hansen*

Page  1  –    DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL