NAOMI SHEFFIELD, OSB 170601
Sr. Deputy City Attorney
naomi.sheffield@portlandoregon.gov
DENIS VANNIER, OSB No. 044406
Sr. Deputy City Attorney
denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants Mary Hull Caballero
and Louise Hansen*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RECALL TED WHEELER, JOHN SCHROEDER, and MADELINE KAY,** | Case No. 3:21-cv-01448-MO |
| **PLAINTIFFS,** | **JOINT STATUS REPORT** |
| v. | |
| **MARY HULL CABALLERO,** Portland City Auditor, and **LOUISE HANSEN,** Elections Officer, | |
| **DEFENDANTS.** | |

Pursuant to this Court's Scheduling Order, ECF No. 15, Plaintiffs and Defendants have conferred and hereby submit this Joint Status Report. The Parties jointly report that Plaintiffs

Page  1  – JOINT STATUS REPORT

intend to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs will file a notice of dismissal no later than November 5, 2021.

DATED this 2nd day of November, 2021.

By */s/Juan C. Chavez [signature authorized]*
Juan C. Chavez, OSB #136428
jchavez@ojrc.info
Attorney at Law
PO BOX 5248
Portland, OR 97208

Alan Lloyd Kessler, OSB #150209
ak@alankesslerlaw.com
Law Office of Alan L Kessler
1001 SE Sandy Blvd., Ste. 210
Portland, OR 97214

*Of Attorneys for Plaintiffs*

By */s/Naomi Sheffield*
Naomi Sheffield, OSB #170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
Denis M. Vannier, OSB #044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204

*Of Attorneys for Defendants Mary Hull Caballero and Louise Hansen*