**Juan C. Chavez**, OSB #136428
Attorney at Law
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

**Alan Lloyd Kessler**, OSB # 150209
Law Office of Alan L Kessler
1001 SE Sandy Blvd Ste 210
Portland OR, 97214
Telephone: 503-860-1020
Facsimile: 971-275-1839

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RECALL TED WHEELER, JOHN SCHROEDER, and MADELINE KAY, <br><br> Plaintiff, <br><br> v. <br><br> MARY HULL CABALLERO, Portland City Auditor, and LOUISE HANSEN, Elections Officer, <br><br> Defendants. | Case No. 3:21-cv-01448-MO <br><br> NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS |

COMES NOW, Plaintiffs, by and through their attorney, Juan C. Chavez, provide notice to this Court that they wish to dismiss all claims plead against all Defendants in their Complaint. Dkt. 1.

## Argument

Fed. R. of Civ. Pro. 41(a)(1)(A)(i) provides that a plaintiff may voluntarily give notice of voluntary dismissal of all claims without a court order "before the opposing party serves either an answer or a motion for summary judgment." Defendants have provided neither.

Accordingly, Plaintiffs' claims may be voluntarily dismissed without a court order.

Fed. R. of Civ. Pro. 41(a)(1)(B) provides that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." To the extent that any of Plaintiffs' claims are not time-barred, Plaintiffs make this dismissal without prejudice.

## Conclusion

Plaintiff requests that this case be dismissed in accordance with the above argument.

DATE:  November 3, 2021.

/s/ *Juan C. Chavez*  
Juan C. Chavez, OSB #136428  
Attorney for Plaintiff
